UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE P. OLIVIER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　Respondent. | No. 1:19-cv-00131-DAD-SKO (HC)<br><br>**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT**<br><br>**(Doc. 7)** |

On February 7, 2019, Petitioner, Maurice P. Olivier, filed a motion to proceed *in forma pauperis*. Because the Court has already granted Petitioner leave to proceed *in forma pauperis* on January 30, 2019, the motion is DENIED as moot.

IT IS SO ORDERED.

Dated: __**February 8, 2019**__ 　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1